# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS P. CIRCO and<br>CHRISTOPHER CIRCO,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DXP ENTERPRISES, INC.,<br><br>　　　　　Defendant. | Case No. 8:11CV273<br><br>ORDER OF RECUSAL |

　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the complaint filed in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　**IT IS SO ORDERED.**

　　Dated this 10th day of August 2011.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　S/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　United States Magistrate Judge