IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS P. CIRCO, and <br> CHRISTOPHER CIRCO, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 8:11CV273 |
| v. | ) <br> ) | |
| DXP ENTERPRISES, INC., | ) <br> ) | AMENDED PROGRESSION <br> ORDER |
| Defendant. | ) <br> ) | |

Pursuant to the Stipulation Extending Time to Answer and Object to Discovery (filing 77),

IT IS ORDERED THAT:

1. The plaintiffs' deadline for responding to the Interrogatories served on them is extended to February 17, 2012.

2. The defendant's deadline for responding to the Interrogatories served on them is extended to February 24, 2012.

DATED this 21st day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge