IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENNIS P. CIRCO, CHRISTOPHER CIRCO,<br><br>                Plaintiffs,<br><br>vs.<br><br>DXP ENTERPRISES, INC.,<br><br>                Defendant. | **8:11CV273**<br><br>**ORDER** |

Counsel have advised the court that the parties have reached a settlement agreement in principle, but the details of the settlement have not been formalized.

Accordingly,

1) The parties shall finalize their settlement agreement within the next thirty (30) days.

2) If, for any reason, the parties cannot timely comply with the deadline set in paragraph 1 of this order, counsel shall promptly contact the undersigned magistrate judge to set a conference call.

July 24, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge